FILED
7/24/20 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Akilah D. Wallace, | ) | Case No. 18-24519 GLT |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-3439 | ) | |
| | ) | |
| Debtor | ) | Document No. WO-1 |
| | ) | |
| Akilah D. Wallace, | ) | |
| | ) | Related to Dkt. No. 37 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Central Outreach Wellness Center and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity
from whom the debtor receives income:

**Central Outreach Wellness Center**
**Attn: Payroll**
**127 Anderson Street, Suite 101**
**Timber Court Building**
**Pittsburgh, PA 15212**

deduct from said income the sum of **$666.00 from each bi-weekly paycheck** beginning
on the next pay day following receipt of this order and deduct a similar amount each pay
period thereafter, including any period for which the debtor receives a periodic or lump
sum payment as a result of vacation, termination or other benefits arising out of present
or past employment, or from any other benefits payable to the debtor and to remit the
deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D. PA
P. O. Box 84051
Chicago, IL 60689-4002

        IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee
if the debtor's income is terminated and the reason therefore.

        IT IS FURTHER ORDERED that all remaining income of the debtor, except the
amounts required to be withheld for taxes, social security, insurance, pension, or union
dues be paid to the debtor in accordance with usual payment procedures.

        IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR
GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE
NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE
INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT
PAYMENTS.

        IT IS FURTHER ORDERED that this order supersedes previous orders made to
the subject entity in this case.

        IT IS FURTHER ORDERED that the above-named entity shall not charge any fee
to the debtor for the administration of this attachment order, except as may be allowed
upon application to the Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan
payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck
withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare
checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been
filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case
after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the
Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED:  July 24, 2020

_____
GREGORY L. TADDONIO<sup>jah</sup>
U. S. BANKRUPTCY JUDGE

    Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 18-24519-GLT
Akilah D. Wallace                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 1              Date Rcvd: Jul 24, 2020
                               Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db              +Akilah D. Wallace,   2005 Denning Way,   North Versailles, PA 15137-2658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
        Christopher M. Frye    on behalf of Debtor Akilah D. Wallace chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
         ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
         inberg.com
        James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 6