FILED
7/24/20 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Akilah D. Wallace, | ) Case No. 18-24519 GLT |
| | ) Chapter 13 |
| Social Security No. XXX-XX-3439 | ) |
| | ) |
| Debtor | ) Related to Dkt. No. 38 |
| | ) |
| Akilah D. Wallace, | ) |
| | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| Capital Healthcare Solutions, Inc. and | ) |
| Ronda J. Winnecour, Trustee | ) |
| | ) |
| Respondents | ) |

## ORDER OF COURT

AND NOW, to wit, this 24th day of July 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Akilah D. Wallace be terminated immediately. Employer:

**Capital Healthcare Solutions, Inc.**
**Attn: Payroll**
**40 Lincoln Way, Suite 300**
**Irwin, PA 15642**

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Akilah D. Wallace  
    Debtor

Case No. 18-24519-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: dkam   Page 1 of 1   Date Rcvd: Jul 24, 2020  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db        +Akilah D. Wallace,   2005 Denning Way,   North Versailles, PA 15137-2658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:

        Christopher M. Frye    on behalf of Debtor Akilah D. Wallace chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                 TOTAL: 6