IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Akilah D. Wallace, ) | Case No. 18-24519 GLT |
| ) | Chapter 13 |
| Social Security No. XXX-XX-3439 ) | |
| ) | |
| Debtor ) | Related to Docket No. 39 |
| ) | |
| Akilah D. Wallace, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Central Outreach Wellness Center and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 27, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Central Outreach Wellness Center         Akilah D. Wallace
Attn: Payroll                            2005 Denning Way
127 Anderson Street, Suite 101           North Versallies, PA 15137
Timber Court Building
Pittsburgh, PA 15212

Date of Service: July 27, 2020           /s/ Christopher M. Frye
                                         Christopher M. Frye, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         Suite 2830, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         Chris.frye@steidl-steinberg.com
                                         PA I.D. No. 208402