FILED
2/2/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Akilah D. Wallace, | ) | Case No. 18-24519 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related to Docket No. 48 |
| | ) | |
| | ) | |
| Akilah D. Wallace, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Community Loan Servicing, LLC, | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this 2nd Day of February, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the Respondent's Notice of Mortgage Payment Change related to claim 7 is denied.

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge