**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/12/24 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24519-GLT |
| | : | Chapter: | 13 |
| Akilah D. Wallace | : | | |
| | : | | |
| | : | Date: | 1/12/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #73 Trustee's Motion to Dismiss Case
　　　　　　#76 Response by Debtor

**APPEARANCES**:
　　Debtor:　　Lauren Lamb
　　Trustee:　　Ronda J. Winnecour

**NOTES:**  [10:20]

Winnecour: Now need $1,848 to complete assuming February 2024 takeover. Asking for continuance.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 73] is continued to March 13, 2024 at 9 a.m. [Text order].

**DATED:** 1/12/2024