# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| **IN RE:** ) | |
| **AKILAH D. WALLACE** ) | **CASE NO.: 18-24519-GLT** |
| ) | **CHAPTER 13** |
| **DEBTOR** ) | **JUDGE GREGORY L TADDONIO** |
| ) | |
| **US BANK TRUST NATIONAL** ) | |
| **ASSOCIATION, NOT IN ITS** ) | |
| **INDIVIDUAL CAPACITY BUT** ) | |
| **SOLELY AS OWNER TRUSTEE** ) | |
| **FOR VRMTG ASSET TRUST** ) | |
| ) | |
| **CREDITOR** ) | |
| ) | |
| **AKILAH D. WALLACE AND** ) | |
| **DEBTOR AND TRUSTEE** ) | |
| **RONDA J. WINNECOUR** ) | |
| **RESPONDENTS** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 24th day of January 2024

> Respectfully submitted,
> /s/ Joshua I. Goldman
> Joshua I. Goldman, Esq
> Pennsylvania Bar # 205047
> PADGETT LAW GROUP
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312
> (850) 422-2520 (telephone)
> josh.goldman@padgettlawgroup.com
> *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 24th day of January 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 18-24519-GLT)

DEBTOR
AKILAH D. WALLACE
2005 DENNING WAY
NORTH VERSAILLES, PA 15137

ATTORNEY FOR DEBTOR
CHRISTOPHER M. FRYE
STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219
EMAIL: CHRIS.FRYE@STEIDL-STEINBERG.COM

TRUSTEE
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
EMAIL: CMECF@CHAPTER13TRUSTEEWDPA.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
EMAIL: USTPREGION03.PI.ECF@USDOJ.GOV