**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/13/24 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24519-GLT |
| | : | Chapter: | 13 |
| Akilah D. Wallace | : | | |
| | : | | |
| | : | Date: | 3/13/2024 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #73 Continued Trustee's Motion to Dismiss Case

**APPEARANCES**:
   Debtor:   Lauren Lamb
   Trustee:   Owen Katz

**NOTES:**   [9:16]

Katz: Down to a balance of $348 - paid, but not yet processed and posted.

Lamb: Asking for short continuance for payment to post. Case will complete then.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 73] is continued to April 3, 2024 at 9 a.m. [Text order].

**DATED:**  3/13/2024