Form 604

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Akilah D. Wallace** | : | Case No. 18−24519−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 98 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/29/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of March, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 98 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before May 13, 2024**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on **May 29, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24519-GLT |
| Akilah D. Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: 604 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Akilah D. Wallace, 2005 Denning Way, North Versailles, PA 15137-2658 |
| 14951845 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14951846 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14955897 | + | FIA Card Services N.A., c/o Apothaker Scian P.C., 520 Fellowship Road C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14951848 | + | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14951853 | + | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2024 00:36:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Mar 28 2024 00:20:34 | US Bank Trust National Association, Not In Its Ind, Padgett Law Group, 6267 Old Water Oak Rd, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 14955896 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2024 00:27:00 | FIA Card Services N.A., 1100 North King Street, Wilmington, DE 19884 |
| 14951839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2024 00:28:00 | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |
| 14985787 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2024 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14951841 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:12 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955888 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14951840 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:16 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14964779 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2024 00:36:55 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14951842 | ^ | MEBN | Mar 28 2024 00:20:12 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14951843 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 28 2024 00:30:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14951844 | ^ | MEBN | Mar 28 2024 00:20:13 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |

Case 18-24519-GLT   Doc 103   Filed 03/29/24   Entered 03/30/24 00:30:02   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 604 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15302522 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14951847 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 28 2024 00:30:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14983435 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2024 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14951849 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2024 00:30:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14951850 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2024 00:30:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14951851 | | Email/Text: camanagement@mtb.com | Mar 28 2024 00:29:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15506961 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14979296 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14951854 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14951855 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14951856 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:09 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14983763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:36:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14975663 | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951857 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:14 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14982104 | | Email/Text: bkdepartment@rtresolutions.com | Mar 28 2024 00:30:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15694128 | | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 00:28:00 | US Bank Trust National Association et al., NewRez LLC et al., Bankruptcy Department, PO Box 10826, Greenville, 29603-0826 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14955887 | *+ | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |
| 14955889 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955890 | *+ | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14955891 | *+ | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14955892 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14955893 | *+ | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14955894 | * | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: 604 | Total Noticed: 34 |

| 14955895 | *+ | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14955898 | *+ | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14955899 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14955900 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14955901 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14951852 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955902 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955903 | *+ | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |
| 14955904 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14955905 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14955906 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14955907 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

**Name**  **Email Address**

Bernadette Irace
    on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com bkecf@milsteadlaw.com

Christopher M. Frye
    on behalf of Debtor Akilah D. Wallace chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 10