**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    AKILAH D. WALLACE                                    Case No.:18-24519

           Debtor(s)                                    Chapter 13

  Ronda J. Winnecour                                    Document No.:
  Chapter 13 Trustee,
        Movant
      vs.
  No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

March 26, 2024

               /s/  Ronda J. Winnecour

               RONDA J WINNECOUR PA ID #30399
               CHAPTER 13 TRUSTEE WD PA
               600 GRANT STREET
               SUITE 3250 US STEEL TWR
               PITTSBURGH, PA  15219
               (412) 471-5566
               cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/20/2018 and confirmed on 1/17/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 85,688.53 |
| Less Refunds to Debtor | | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 85,688.53 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,320.00 | |
| Trustee Fee | 4,116.84 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,436.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 7139 | 0.00 | 38,012.14 | 0.00 | 38,012.14 |
| US BANK TRUST NA - OWNER TRUSTEE I<br>Acct: 7139 | 19,199.60 | 19,199.60 | 0.00 | 19,199.60 |
| PNC BANK NA<br>Acct: 3663 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>Acct: 4313 | 11,975.00 | 11,975.00 | 1,938.00 | 13,913.00 |
| | | | | 71,124.74 |
| Priority | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AKILAH D. WALLACE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX0-24 | 3,920.00 | 3,920.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| Unsecured | | | | |
| FIA CARD SERVICES<br>Acct: 5321 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 3663 | 9,159.60 | 1,078.64 | 0.00 | 1,078.64 |
| COLLECTION SERVICE CENTER INC<br>Acct: 0287 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: GDJB | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC AS AGENT<br>Acct: 8762 | 5,665.72 | 667.20 | 0.00 | 667.20 |
| DIVERSIFIED CONSULTANTS++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

18-24519

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8003 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 433.06 | 51.00 | 0.00 | 51.00 |
| Acct: 2950 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 10,702.74 | 1,260.36 | 0.00 | 1,260.36 |
| Acct: 4313 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 105.52 | 12.43 | 0.00 | 12.43 |
| Acct: 0660 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 486.73 | 57.32 | 0.00 | 57.32 |
| Acct: 9642 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTLEMAN WEINROTH & MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,126.95 |

TOTAL PAID TO CREDITORS                                                74,251.69

TOTAL CLAIMED
PRIORITY              0.00
SECURED         31,174.60
UNSECURED       26,553.37

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AKILAH D. WALLACE

          Debtor(s)

Ronda J. Winnecour
          Movant
          vs.
No Repondents.

Case No.:18-24519

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                Case No. 18-24519-GLT

Akilah D. Wallace                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                                    Page 1 of 4

Date Rcvd: Mar 27, 2024                 Form ID: pdf900                                   Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Akilah D. Wallace, 2005 Denning Way, North Versailles, PA 15137-2658 |
| 14951845 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14951846 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14955897 | + | FIA Card Services N.A., c/o Apothaker Scian P.C., 520 Fellowship Road C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14951848 | + | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14951853 | + | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.ebn.ebn@aisinfo.com | Mar 28 2024 00:37:28 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Mar 28 2024 00:20:34 | US Bank Trust National Association, Not In Its Ind, Padgett Law Group, 6267 Old Water Oak Rd, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 14955896 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2024 00:27:00 | FIA Card Services N.A., 1100 North King Street, Wilmington, DE 19884 |
| 14951839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2024 00:28:00 | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |
| 14985787 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 28 2024 00:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14951841 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:13 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955888 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:29 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14951840 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2024 00:37:15 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14964779 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2024 00:37:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14951842 | ^ | MEBN | Mar 28 2024 00:20:13 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14951843 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 28 2024 00:30:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14951844 | ^ | MEBN | Mar 28 2024 00:20:14 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |

| 15302522 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14951847 | + Email/Text: bankruptcynotices@dcicollect.com | Mar 28 2024 00:30:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14983435 | + Email/Text: kburkley@bernsteinlaw.com | Mar 28 2024 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14951849 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2024 00:30:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14951850 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2024 00:30:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14951851 | Email/Text: camanagement@mtb.com | Mar 28 2024 00:29:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15506961 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14979296 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14951854 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14951855 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14951856 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:36:53 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14983763 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:36:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14975663 | + Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951857 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:17 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14982104 | Email/Text: bkdepartment@rtresolutions.com | Mar 28 2024 00:30:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| 15694128 | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2024 00:28:00 | US Bank Trust National Association et al., NewRez LLC et al., Bankruptcy Department, PO Box 10826, Greenville, 29603-0826 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14955887 | *+ | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1839 |
| 14955889 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955890 | *+ | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14955891 | *+ | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14955892 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14955893 | *+ | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14955894 | * | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |

| | | |
|---|---|---|
| 14955895 | *+ | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14955898 | *+ | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14955899 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14955900 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14955901 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14951852 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955902 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955903 | *+ | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |
| 14955904 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14955905 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14955906 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14955907 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| Christopher M. Frye | on behalf of Debtor Akilah D. Wallace chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | |

on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

S. James Wallace
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 10