IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/14/24 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
AKILAH D. WALLACE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:18-24519 Chapter 13

Related to Dkt. No. 98

ORDER OF COURT

AND NOW, this 14th day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

## ENTERED BY DEFAULT

BY THE COURT:

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24519-GLT |
| Akilah D. Wallace | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Akilah D. Wallace, 2005 Denning Way, North Versailles, PA 15137-2658 |
| 14951845 | + | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14951846 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14951847 | + | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14955897 | + | FIA Card Services N.A., c/o Apothaker Scian P.C., 520 Fellowship Road C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14951848 | + | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14951853 | + | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 00:00:33 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | May 14 2024 23:49:58 | US Bank Trust National Association, Not In Its Ind, Padgett Law Group, 6267 Old Water Oak Rd, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 14955896 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 14 2024 23:51:00 | FIA Card Services N.A., 1100 North King Street, Wilmington, DE 19884 |
| 14951839 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 14 2024 23:51:00 | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1837 |
| 14985787 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 14 2024 23:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14951841 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2024 00:00:32 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955888 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2024 00:00:33 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14951840 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 15 2024 00:13:44 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14964779 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 00:13:59 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14951842 | ^ | MEBN | May 14 2024 23:49:39 | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14951843 | + | Email/Text: bankruptcy@firstenergycorp.com | May 14 2024 23:53:00 | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14951844 | ^ | MEBN | | |

Case 18-24519-GLT    Doc 116    Filed 05/16/24    Entered 05/17/24 00:28:38    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 14 2024 23:49:42 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15302522 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 23:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14983435 | + | Email/Text: kburkley@bernsteinlaw.com | May 14 2024 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14955897 | ^ | MEBN | May 14 2024 23:48:23 | FIA Card Services N.A., c/o Apothaker Scian P.C., 520 Fellowship Road C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14951849 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2024 23:53:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14951850 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2024 23:53:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14951851 | | Email/Text: camanagement@mtb.com | May 14 2024 23:52:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15506961 | | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 23:52:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14979296 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14951854 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14951855 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14951856 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:03 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14983763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14975663 | + | Email/Text: ebnpeoples@grblaw.com | May 14 2024 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951857 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:03 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14982104 | | Email/Text: bkdepartment@rtresolutions.com | May 14 2024 23:53:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 15694128 | | Email/Text: mtgbk@shellpointmtg.com | May 14 2024 23:52:00 | US Bank Trust National Association et al., NewRez LLC et al., Bankruptcy Department, PO Box 10826, Greenville, 29603-0826 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14955887 | *+ | Bayview Loan Servicing LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1837 |
| 14955889 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14955890 | *+ | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| | | |
|---|---|---|
| 14955891 | *+ | Collection Service Center, Inc., 839 5th Ave, New Kensington, PA 15068-6303 |
| 14955892 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14955893 | *+ | Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14955894 | * | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14955895 | *+ | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14955898 | *+ | Frederic I Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14955899 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14955900 | * | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14955901 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14951852 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955902 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank*, Attn: Bankruptcy Department, 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14955903 | *+ | Mattleman, Weinroth & Miller, P.C., Attn: Robert W. Williams, Esquire, 401 Route 70 East, Suite 200, Cherry Hill, NJ 08034-2410 |
| 14955904 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 8807, Dayton, OH 45401 |
| 14955905 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, 3232 Newark Drive, Miamisburg, OH 45342 |
| 14955906 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14955907 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Christopher M. Frye | on behalf of Debtor Akilah D. Wallace chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 34

angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11